Decided April 24, 1967.

**Alvin H. FRANKEL, Guardian of the Estate of Nydia Pasceri, a Minor, Appellant,**

v.

**John H. TODD, Jr.**

v.

**Grayson MOORE, Jr., Third-Party Defendant.**

No. 16364.

United States Court of Appeals Third Circuit.

Argued May 22, 1967.

Decided June 1, 1967.

See also D.C., 260 F.Supp. 772.

John J. McCarty, Philadelphia, Pa. (B. Nathaniel Richter, Donald J. Williams, Kenneth Syken, Richter, Lord & Cavanaugh, Philadelphia, Pa., on the brief), for appellant.

Peter P. Liebert, III, Philadelphia, Pa. (James P. Gannon, Liebert, Harvey, Bechtle, Herting & Short, Philadelphia, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and FREEDMAN, Circuit Judges.

Before McLAUGHLIN, GANEY, Circuit Judges, and NEALON, District Judge.

OPINION OF THE COURT

PER CURIAM.

We have examined carefully all of the contentions on behalf of appellant Con-

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error. The judgment in favor of the plaintiff and against the defendant, John H. Todd, Jr., entered June 2, 1966 pursuant to the jury's verdict, will be affirmed.